IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN JOYCE, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:07-CV-01421 |
| | : | |
| BOBCAT OIL & GAS, INC., | : | |
| BEAR CREEK OIL & GAS, | : | |
| INC., ELLIS MEISTER and | : | |
| GORDON TUCK, | : | |
| | : | |
| Defendants | : | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, Plaintiff hereby dismisses this civil action, without prejudice.

Respectfully Submitted,

*/s/ Robert W. Lambert*
Robert W. Lambert, Esq.
Lambert & Martineau
1001 Philadelphia St.
Indiana, PA 15701
Pa.I.D. 19808
724-349-2440
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on the 23rd day of September 2008, a true and correct copy of the annexed document was served by electronic means on the following:

Albert N. Peterlin, Esq.
Anthony J. Basinski, Esq.
Pietragallo Bosick & Gordon, LLP
38th Fl. – One Oxford Centre
Pittsburgh, PA 15219

/s/ Robert W. Lambert
Robert W. Lambert, Esq.
Lambert & Martineau
1001 Philadelphia St.
Indiana, PA 15701
724-349-2440
Pa.I.D. 19808
Attorney for Plaintiff